AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>KHALED MIAH<br><br>*Defendant(s)* | Case No.<br>      Magistrate No.  21-10<br><br>[UNDER SEAL] |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  see dates below  in the county of  Allegheny  in the
Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Count 1: Interstate Threatening Communications, from in and around December 19, 2020 to in and around December 31, 2020. |
| 18 U.S.C. § 115(a)(1)(B) | Count 2: Influencing a Federal Officer by Threats, from in and around October 5, 2020 to in and around January 1, 2021. |
| 18 U.S.C. § 1519 | Count 3: Destruction of Records in a Federal Investigation, from in and around October 5, 2020 to in and around January 1, 2021. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

                                                                          s/ Ahmad Hassanpoor
*Complainant's signature*

FBI Special Agent Ahmad Hassanpoor
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/06/2021

*Judge's signature*

City and state:  Pittsburgh, Pennsylvania       CYNTHIA REED EDDY, Chief U.S. Magistrate Judge
*Printed name and title*