AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| KHALED MIAH | ) | Magistrate No. 21-10 |
| | ) | |
| | ) | [UNDER SEAL] |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **see dates below** in the county of **Allegheny** in the **Western** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Count 1: Interstate Threatening Communications, from in and around December 19, 2020 to in and around December 31, 2020. |
| 18 U.S.C. § 115(a)(1)(B) | Count 2: Influencing a Federal Officer by Threats, from in and around October 5, 2020 to in and around January 1, 2021. |
| 18 U.S.C. § 1519 | Count 3: Destruction of Records in a Federal Investigation, from in and around October 5, 2020 to in and around January 1, 2021. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

s/ Ahmad Hassanpoor
*Complainant's signature*

FBI Special Agent Ahmad Hassanpoor
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/06/2021

*[signature: Cynthia R. Eddy]*

City and state: Pittsburgh, Pennsylvania

CYNTHIA REED EDDY, Chief U.S. Magistrate Judge
*Printed name and title*