# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     PENNSYLVANIA

UNITED STATES OF AMERICA

V.

KAHLED MIAH

## EXHIBIT AND WITNESS LIST

Case Number: 2:20-mj-10

| PRESIDING JUDGE<br>Richard A. Lanzillo | | PLAINTIFF'S ATTORNEY<br>Jessica Lieber Smolar, AUSA | DEFENDANT'S ATTORNEY<br>Adrian N. Roe, Esq |
|---|---|---|---|
| TRIAL DATE (S)<br>1/8/2021 | | COURT REPORTER<br>Karen Earley | COURTROOM DEPUTY<br>Debra Mayo |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/8/2021 | x | x | Screen shot of Twitter account used by defendant @lugenpresse showing Special Agent's wife photo and personal info |
| 2 | | 1/8/2021 | x | | Information obtained from defendant's ICloud account. |
| 3 | | 1/8/2021 | x | | 2010-2024 Document obtained from defendant's ICloud account |
| 4 | | 1/8/2021 | x | | Search warrant |
| 5 | | 1/8/2021 | x | | Video received from phone and ICloud account |
| 6 | | 1/8/2021 | x | | Defendant showin |
| 7 | | 1/8/2021 | x | | Female ROTC student being filmed by defendant/Whatsapp |
| 8 | | 1/8/2021 | x | | Selfie of defendant in tactical attire |
| 9 | | 1/8/2021 | x | | Defendant shown in defendant's residence striking "isis propoganda" pose |
| 10 | | 1/8/2021 | x | | Defendant with long gun at Action Target |
| 11 | | 1/8/2021 | x | | Defendant at gun range with long gun with scope |
| 12 | | 1/8/2021 | x | | Screen shot for rental information at keystoneshootingcenter.com |
| 13 | | 1/8/2021 | x | | Screen shot search results. |
| 14 | | 1/8/2021 | x | | Screen shot Black bag packed w/ mock IED and other cans |
| 15 | | 1/8/2021 | x | | Still of beheading video |
| 16 | | 1/8/2021 | x | | Islamist imagery "black standard" flag adopted by extremist organizations |
| 17 | | 1/8/2021 | x | | photo depicting a defendant next to Dzhokhar Tsarnaev "Boston marathon attack" |
| 18 | | 1/8/2021 | x | | photo of news reporting of Boston marathon attack |
| 19 | | 1/8/2021 | x | | |
| 20 | | 1/8/2021 | x | | video |
| 21 | | 1/8/2021 | x | | video |
| 22 | | 1/8/2021 | x | | Compilation of photos of secret photos take from |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

# UNITED STATES DISTRICT COURT

WESTERN                    DISTRICT OF                    PENNSYLVANIA

UNITED STATES OF AMERICA

V.

KHALED MIAH

## EXHIBIT AND WITNESS LIST

Case Number:   2:21-mj-10

| PRESIDING JUDGE Richard A. Lanzillo | | | | | PLAINTIFF'S ATTORNEY Jessica Lieber Smoler, AUSA | DEFENDANT'S ATTORNEY Adrian Roe, Esq. |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 1/8/2021 | | | | | COURT REPORTER Karen Earley | COURTROOM DEPUTY Debra Mayo |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 23 | | 1/8/2021 | x | x | Search warrant Order signed by Judge Lenihan | |
| 24 | | 1/8/2021 | x | x | Search of Judge Lehinan | |
| 25 | | 1/8/2021 | x | x | Defendant's Twitter account "Federal Intelligence Service" tweets | |
| 26 | | 1/8/2021 | x | x | Defendant's Twitter account "Federal Intelligence Service" tweet | |
| 27 | | 1/8/2021 | x | x | Defendant's Twitter account "Federal Intelligence Service" tweet | |
| 28 | | 1/8/2021 | x | x | Defendant's Twitter account "Federal Intelligence Service" tweet | |
| 29 | | 1/8/2021 | x | x | Defendant's Twitter account "Federal Intelligence Service" tweet | |
| X | | 1/8/2021 | | | Agent Gary Morgan | |
| | x | 1/8/2021 | | | Limon Miah | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# US v. Khaled Miah

Magistrate No. 21-10
Detention Hearing Exhibits



████presso
@Lugenpresse_

RN Children's Hospital
Masters in Nursing ████ University
32 years old
Brunette
Christian
My husband = small penis.
████boys = Proud Boys

📍 Proud Boy's Haram · 🗓 Joined March 2017

**1** Following  **0** Followers

Not followed by anyone you're following

| Tweets | Tweets & replies | Media | Likes |

📌 Pinned Tweet

████presse @Lugenpresse_ · Mar 7, 2017
There is no greater tool to gain dominance over a people like propaganda.
Its time to expose that very poison.

🗨     🔁 1     ❤ 3     📤

████presso @Lugenpresse_ · 9h
White Supremacy, European Cultural Supremacy is a great evil.
Unfortunately, far too many adherents of this hateful ideology have
infiltrated government and its agencies.

Exhibit 1



**Search Warrant Returns for Apple DSID 25104892932 (Khaled Miah)**

Product # Type Description Time Stamp (UTC)

## Notable/Concerning Activities

242910111D Video Whispering to the camera: "2017, I started...the spark was lit in 2015, November...[U/I]" 2017-01-19T01:59:23

245047493D Video Speaking to the camera: "I can't take it any more...but now that fire which was sparked a long time ago, it has ignited again, and soon you will feel the heat" 2017-05-14T00:49:56

242720338D Video Speaking to the camera: "...soon you shall see the troops of the caliphate in [European capitals, US cities, and Jerusalem]...first we will blitzkreig Medina and Mecca" 2017-07-09T13:54:20

242683384D Image Written personal timeline from 2010 - 2014 ("Osama death," "discovery of jihad," "radicalization," "seclusion," "deep radicalization," "realization of purpose," "ISIS", etc.) 2017-07-11T18:03:43

242683390D Video Pretending to shoot PBP officer while passing by in vehicle 2017-09-05T19:55:54

243746196D Image Bing search results - VBIEDs and car bombs 2017-11-01T19:00:04

245038673D Audio "This is me conducting surveillance on your house. I'm coming for you, mother fucker!" (aggressive tone) 2017-11-18T13:55:00

242842249D Audio Praising recent killing of Sufi Muslims in Egypt: "I'm very glad that that happened...should happen more often...only one version of Islam: Salifism...death to you all" 2017-11-24T21:54:07

242689698D Audio "Fuck the police" in English, followed by speech in Arabic praising ISIS and Abu Bakr Al-Baghdadi 2018-02-13T23:39:05

244540510D Audio Walking on Pitt's campus and talking to the phone: "Is that a chick? I'm going to fuckin' rape that girl." 2018-02-17T07:58:36

242650415D Video Following female ROTC student on Pitt's campus 2019-10-30T13:31:33

242720970D Note "Replace Sim card to for FBI surveillance" 2020-04-09T23:32:44

242719555D Note "Outstanding Goals" ("toss SIM card," "fake check", etc.) 2020-05-06T02:27:14

242725205D Image Photo of residence search warrant with handwritten markings 2020-11-06T12:18:45

## Other Miscellaneous

242696361D Image WhatsApp message to unknown recipient: "Sympathizing with terrorism is not a crime." 2017-08-30T17:15:25

242686809D Image WhatsApp message to "Aziz" about fighting the Jews 2017-12-13T17:23:20

242633838D Image @AbuUmarSinai Twitter post related to Zarqawi (with explicitly pro-ISIS profile picture) 2018-02-02T09:51:09

242933127D Image @khaledtheconqueror Instagram conversation with jihadi account @abu_muoviya35: "Salam brother. Do you use telegram, skype, messenger?" 2018-02-04T09:44:00

244784490D Image Derogatory Facebook Post: "Ray Kenney No they will be forgotten. You'd make a great concubine you know that. You an be mine. Don't worry it won't be 'consensual'." 2018-04-01T03:46:24

242879555D Image Screenshot of personal phone note: "The Intelligent Soldier: A guide for the overthrow of the ruling powers." (note dated 2018-03-23) 2018-10-20T13:32:26

242720460D Image Derogatory Facebook Post: "There is no gay in Islam, liberals are trying to change Islam...it will only lead to them being dissolved in acid."

Exhibit 2



2010 - 10th grade, Return from bangladesh, death

2011 - Arab spring, Al-Islam, Osama death, discovery of Jihad, radicalization, Beattie

2012 - 11th grade drop out, start of 1year seclusion, deep radicalization, sharia curious, olympics, obesity

2013 - Vermont hunter, job search, glasses, Mcdonalds Boston, end of seclusion, realized of life, realization of purpose, glorious ramadan, eid sheep slaughter, fired, job search

2014 - job search, workout, bangladesh preparation, shopping, Bangladesh, isis, long hair,

2015

2016

2017

2018

2019

2020

2021

2022

2023

2024

Exhibit 3



Exhibit 4



Exhibit 5



Exhibit 6

# Following/Recording ROTC Student on Pitt Campus on 10/30/2019 (Source: iPhone 7)







14127085927@s.whatsapp.net Al Sylheti

**Attachments:**

**Title:** Revenge for Baghdadi. I been following her for 10 minutes

**Size:** 775191

**File name:** caa9c162-e786-4aa0-9f9a-8163327b892f.mp4

**Path:** https://mmg

lna.whatsapp.net/d/f/AsCeGxpL53HjUmNIvu8tp7bhT_UYYQpy0

SB3d2wWvp9-.enc

caa9c162-e786-4aa0-9f9a-8163327b892f.mp4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14128727481 @s.whatsapp. net +1 (412) 872-7481 | 10/30/2019 9:32:36 AM(UTC-4) | 10/30/2019 9:38:03 AM(UTC-4) | |

**Status:** Sent

**Platform:** Mobile

10/30/2019 9:32:33 AM(UTC-4)



Exhibit 8



Exhibit 9



Exhibit 10



Exhibit 11

✕



## SIG SAUER MPX SBR (SUPPRESSED) RENTAL PRICE $20.00

**Manufacturer:** Sig Sauer
**Caliber:** 9mm
**Capacity:** 30
**Rental Class:** Premium

The choice of professionals worldwide, the MPX K offers a closed bolt gas piston system that is ultra reliable and durable. As with all MPX, the K is modular allowing for multiple handguard and barrel lengths and is ready to go for suppressor use. For 2019, the K now features the SIG PCB folding brace which allows the K to fold into an ultra-compact size and be

Exhibit 12



Exhibit 13

Black bag packed w/ mock IED and other cans.  Created 10/2/17 04:05:35 (iPhone back cam)



Exhibit 14



 Daily Mail        

Father of 'Jihadi John' weeps as he admits he and Osama ...

▶ Watch

Image may be subject to copyright.

Exhibit 15



Exhibit 16



Exhibit 17



Tsarnaevs At Boxing Gym 3 Days Before Bombing

7.9K views · 5 years ago

👍 -32   👎 5   ➤ Share   ⬇ Download   ⊞ Save

 WBUR
15K subscribers

SUBSCRIBE

Comments  8

Add a public comment...

Up next                    Autoplay

Exhibit 18



Andrew Kitzenberg/getonhand.com

THE
**LEAD**  **FIRST PHOTOS OF BOSTON SHOOTOUT**  **LIVE**
Taken by neighbor whose home was in line of fire  **CNN**

RS THAT HIS BROTHER BELIEVED ISLAM WAS UNDER ATTACK AND J S&P  16 28  CNN

Exhibit 19

# Secret Recording Video Files (Source: iPhone 7)



**Following female outside
(September 2017)**



**Female at gym (February 2018)**



**Females in Uber ride
(March 2017)**



**Conversation with female
(December 2019)**

Exhibit 20

# Secret Recording Video Files (Source: iPad and LG Phone)

  

**Female studying (November 2015)**

**Female in another apartment (August 2020)**

**Female in another apartment (August 2020)**

16

Exhibit 21    22

**Secret Photos – Not All Inclusive (Source: iPhone 7, iPad, iCloud, LG Phone)**



18

Exhibit 22    23



Exhibit 23

Menu    Search       **Bloomberg**       Sign In    Subscribe

● Bloomberg
Lisa Pupo Lenihan, U.S. District Court for the Western Dist...

**Quick Links**   Stocks   Currencies   Commodities   Rates & Bonds   Sectors   Watchlist

RECENTLY VIEWED COMPANIES

| LUCKIN COFFE- ADR | APPLE INC | CYTODYN INC | RELIEF THERAPEUT | ALIBABA GRP- ADR | NIO INC - ADR |
|---|---|---|---|---|---|
| 4.15 | 118.53 | 214 | 0.37 | 299.25 | 33.00 |
| ▼ -0.17 | ▼ -0.14 | ▼ -0.14 | ▲ +0.04 | ▲ +12.20 | ▼ -1.00 |

# Lisa Pupo Lenihan
Magistrate Judge, United States District Court for the Western District of Pennsylvania

| CURRENT POSITION | TENURE AT CURRENT POSITION |
|---|---|
| Magistrate Judge, United States District Court for the Western District of Pennsylvania | 1/2014-PRESENT |

| PREVIOUS POSITION | EDUCATION |
|---|---|
| Chief Magistrate Judge, United States District Court for the Western District of Pennsylvania | University of Pittsburgh<br>University of Pittsburgh School of Law |

| BOARD MEMBERSHIPS | INDUSTRY |
|---|---|
| University of Pittsburgh Medical Center | — |

CURRENT PRICE

**1086L:US**   USD   ▲ SEE QUOTE

Exhibit 24



**Federal Intelligence Service** @S... · 1h  ∘∘∘
Currently eating pasta and watching videos of the second plane hit the south tower.

**Federal Intelligence Service** @S... · 1h  ∘∘∘
Nick, Dave, Mike, the whole bureau, the deed will be done at a time which is the most opportunistic for me, chosen by myself.

Exhibit 25



Exhibit 26



Exhibit 27



Search Twitter

Log in    Sign up

**Federal Intelligence Service**
@ServiceFederal

Rasheed, Dave, Nick,Mike.....how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?

12:44 AM · Dec 30, 2020 · Twitter for iPad

Exhibit 28



Exhibit 29