B177

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-110 |
| ) | (18 U.S.C. § 875(c); 18 U.S.C. |
| ) | § 115(a)(1)(B); 18 U.S.C.§ 1519) |
| KHALED MIAH ) | |

**INDICTMENT**

The grand jury charges:

**General Allegations**

FILED

MAR 16 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

At all times material to the Indictment:

1. KHALED MIAH was a resident of Pittsburgh, Pennsylvania, located in the Western District of Pennsylvania.

2. Twitter and WhatsApp were internet-based communication platforms based in California and used in interstate commerce that were accessed by computer, smartphone, and other electronic devices that connected to the internet, and allowed users to, among other things, post messages to the public using unique screen names.

3. On or about September 28, 2020, and September 29, 2020, FBI Special Agent A and other FBI agents and task force officers (collectively, the "Agents") attempted to interview MIAH about reports received by law enforcement concerning an online threat made by MIAH. Upon being advised of the FBI investigation and FBI's knowledge of his specific social media accounts, MIAH was uncooperative, erratic, and provocative in his interactions with the Agents.

4. On or about October 5, 2020, a review of several of MIAH's known accounts on Twitter revealed material changes and deletions such as changes to profile pictures, display names,

and the location of his account. Numerous tweets associated with MIAH's known Twitter accounts had been deleted and one known account had been deleted in full.

5. On or about October 8, 2020, MIAH altered the outward facing profile photograph on one of his known Twitter accounts to depict a photograph of Special Agent A's wife ("Victim A") and changed the display name from "@Lügenpresse_" to "@[Victim A's first name]presse." The account was able to be viewed by the public. The biographical information on MIAH's account was also altered to include the actual place of work of Victim A, her educational background, and her age, hair color, religion, and original hometown in the United States, as well as crude and sexual comments related to Special Agent A and Victim A. This information appears to have been gleaned as a result of intentional and focused research by MIAH, as MIAH has no other basis to know Victim A by name, photograph, or personal information.

6. On or about October 9, 2020, a federal search warrant authorized the search of MIAH's residence and seizure of his electronic devices. While MIAH's residence was being searched, he was interviewed by FBI Agents. During the interview, MIAH admitted that he had researched Special Agent A and Victim A online, and that he had used Victim A's photograph and information to alter his Twitter account. An examination of MIAH's electronic devices and online accounts by the FBI revealed MIAH's interest in weapons, his fascination with violence, and his strong animosity toward law enforcement.

7. In addition to the information about Victim A that MIAH posted to his known Twitter account on or about October 8, 2020, MIAH also sent four photographs of Special Agent A and Victim A to an associate via WhatsApp on or about September 30, 2020, along with the following message: "That's him..his wife..and his closer friends. It's all public information now along with his credentials, shield number, listened [sic] plays [sic] numver [sic], make model and

year of his personal car and his agency issued cruiser. Also his location of residence is also public." These four images, as well as several others related to Special Agent A and Victim A, were stored on MIAH's iPhone seized in the aforementioned search.

8.  According to FBI surveillance, MIAH conducted reconnaissance of Special Agent A's residence and the FBI Pittsburgh Field Office on multiple occasions subsequent to the September 2020 attempted interview of MIAH by the FBI.

9.  In or around November 2020, MIAH created and controlled two new Twitter accounts after the seizure of his electronic devices on or about October 9, 2020. MIAH used both Twitter accounts to tweet messages over the Internet about a FBI Supervisory Special Agent and Special Agent A by name and indicated that he has researched their personal lives, prior professions, and current city and Special Agent A's wife, siblings, hometown, and education.

10.  MIAH created and controlled a new Twitter account on or about December 19, 2020, identified by the display name "Federal Intelligence Service" and the username @ServiceFederal. MIAH used this Twitter account to threaten, intimidate and harass FBI Pittsburgh Agents and the FBI.

11.  On or about December 27, 2020, at approximately 1:28 p.m., MIAH posted the following statements through his @ServiceFederal Twitter account:



12. MIAH made specific reference to those FBI agents and task force members who had been conducting the investigation of his activities as well as the entire Federal Bureau of Investigation by referring to "Nick, Dave, Mike and the whole bureau".

13. After posting the statements on December 27, 2020, MIAH subsequently deleted those posts by December 28, 2020, with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of the Federal Bureau of Investigation, which is a department or agency of the United States, and with full knowledge of the FBI investigation into his conduct.

14. On December 28, 2020, December 29, 2020 and December 30, 2020, MIAH posted the following additional statements on Twitter.






15. The coordinates listed in MIAH's tweet dated December 29, 2020 resolve to the FBI Headquarters Building in Washington, D.C.

16. By referencing "Rasheed, Dave, Nick, Mike…how's your investigation going? Things are looking "bright" in 2021", MIAH again makes specific reference to the investigating federal law enforcement officers.

17. On December 30, 2020, at approximately 5:43 a.m., MIAH posted from his @ServiceFederal Twitter account: "2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet."



18. On December 31, 2020, MIAH posted the following on his @ServiceFederal Twitter account:



## COUNTS ONE THROUGH FIVE

The grand jury charges:

On or about the following dates, in the Western District of Pennsylvania and elsewhere, the defendant, KHALED MIAH, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another; that is, MIAH transmitted, through the following internet communication platforms, the following threats to injure FBI agents:

| Count | Date | Internet Communication Platform | Threat to Officer |
|---|---|---|---|
| 1 | December 27, 2020 | Twitter | "Currently eating pasta and watching the second plane hit the south tower. Nick, Dave, Mike and the whole bureau, the deed will be done at a time which is most opportunistic for me, chosen by myself". |
| 2 | December 28, 2020 | Twitter | "The zero hour is approaching" |
| 3 | December 29, 2020 | Twitter | "38° 53' 42.7" N, 77° 1' 33" W" |
| 4 | December 30, 2020 | Twitter | "Rasheed, Dave, Nick, Mike…how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?" "2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet." |
| 5 | December 31, 2020 | Twitter | "Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow" |

In violation of Title 18, United States Code, Section 875(c).

## COUNTS SIX AND SEVEN

The grand jury further charges:

On or about December 30, 2020, and December 31, 2020, in the Western District of Pennsylvania, the defendant, KHALED MIAH, did threaten to assault FBI agents, with intent to impede, intimidate, interfere with and retaliate against the agents while they were engaged in or on account of the performance of their official duties as follows:

| Count | Date | Internet Communication Platform | Threat to Officer |
|---|---|---|---|
| 6 | December 30, 2020 | Twitter | "Rasheed, Dave, Nick, Mike…how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?"<br><br>"2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet." |
| 7 | December 31, 2020 | Twitter | "Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow" |

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

9

## COUNT EIGHT

The grand jury further charges:

From on or about October 5, 2020 to and including January 1, 2021, in the Western District of Pennsylvania, the defendant, KHALED MIAH, did knowingly alter and delete Twitter accounts and postings with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States.

In violation of Title 18, United States Code, Section 1519.

A True Bill,

*[signature]*
Foreperson

*[signature]*

STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108