# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 21-110 |
| KHALED MIAH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 22nd day of November, 2021, in accordance with the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that the Government's Motion in Limine Regarding Twitter Business Records at Trial, Motion in Limine Regarding Apple Inc. Business Records at Trial, Motion in Limine Regarding Facebook, Inc. Business Records at Trial, and Motion to Admit Business Records of Electronic Tracking Device at Trial, (Docket Nos. 153, 155, 156, 158), each are DENIED.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record