IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 21-110 |
| KHALED MIAH, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

AND NOW, this 8th day of March, 2022, upon consideration of the Government's Motion for Extension of Time to file its Response to Defendant's Objections to the Presentence Investigation Report (Docket No. 292), IT IS ORDERED that said Motion is GRANTED, and the Government's Response, previously due by March 14, 2022, is now due by **March 21, 2022**.

Given Defendant's extensive Objections to the PIR, (*see* Docket No. 291), IT IS FURTHER ORDERED that the Probation Office's Addendum to the PIR, previously due on March 21, 2022, is now due by **April 4, 2022**.

In view of the foregoing, IT IS FURTHER ORDERED that the deadlines set forth in the Court's Presentence Order, (*see* Docket No. 282), for the issuance of the Court's Tentative Findings and Rulings and the filing of the parties' sentencing memoranda and responses to same are terminated, and the sentencing hearing previously scheduled on April 28, 2022, (*see* Docket No. 284), is continued until further order of Court. After the Court receives the Government's Response to Defendant's Objections to the PIR and the Addendum, it will take the matters raised

by Defendant under advisement and reset the remaining presentence deadlines and reschedule the sentencing hearing accordingly.

<u>s/ W. Scott Hardy</u><br>
W. Scott Hardy<br>
United States District Judge

cc/ecf:  All Counsel of Record

       United States Marshal

       United States Probation