August 15th, 2022

To

The Honorable Judge W. Scott Hardy

Western District of Pennsylvania

You're Honor,

I am writing regarding my son Khaled Miah, who will come before you for sentencing. As his mother I will like to thank you for taking the time to allow me to share this about my son that I love more than myself any anything in this earth.

My name is Noor Khanom. I am the mother of Khaled Miah. I understand that my dearest youngest son khaled Miah has been found guilty in jury trial. For threatening FBI agents online. After hearing this terrified news Our entire family broke down second time since his father passing.

I came to this country in 2003 seeking a better life and opportunity. Khaled is the youngest of 5 children in the family. Who was only age 10 at that time. It was very difficult for everyone when we move to United States. Life was Not easy Specially for khaled. He had to face bully starting from the bus to the every steps in school for most of his elementary education years. Top of going through frustration learning the culture and language.

While growing up Khaled was very self-motivated and energized and very bright kid. He has always lived a very positive lifestyle. He always loved helping other in need and giving good advice to others. khaled has never been the type of person to do any harm to anyone or act such a way that causes anyone any discomfort.  Khaled always come forward to serve community and attended countless volunteer's services.  His dream was to become a good lawyer since he was a kid and help people in need. Khaled has never previously been involved with any Violent or using any Illegal drugs. He does not have any previous criminal history.

In 2008 my dearest husband diagnosed with lung cancer and in 2010 my dearest husband and father to my 5 children passed away In Such a young age of 53. When khaled was only

on 8th great at that time. This loss brought so much pain darkness and high level of depression to my family. Which I can't describe with any word. Khaled was the most affected among all of my 5 children. He became depressed to the point where he almost died. Questioning me every day why God took his father in such early age. How are we going to survive who is going to support him. khaled always used to ask me all that question. Losing the backbone and biggest support to our family broke Khaled in a way that he could not bear.

> Most of the Symptoms appearing shortly after his father death. He lost so much weight, stop taking shower or eat and grew his unnecessary hair long. He could not bring himself to go to school and Missing out on family gathering including daily dinner And lunch. He became more anti-social day by day. Started talking to himself behind the door in a dark room. I thought I was going to lose my son. After talking to him. He always used to say he don't see any further or can't dream of one anymore. Where He was always a self motivated person during his worst time before this Tragedy took place in his life. My self including my oldest son try to take Khaled to a doctor to see what is going on with him. After First visit to our PCP. he Referred us to take Khaled to a psychologist at Weston psych and Family behavioral therapist. After many try somehow we managed to take him to Psychologist but he refused to talk to them and also Refused any treatment.
>
> Everything was getting worse day by day he was always confused doesn't see any vision for his future. We decide to take him back home in Bangladesh for a family vacation for about four months. After spending some good time with the family and friends he seems to get better and got more socialize. Right after we came back from Bangladesh September of 2014. Khaled started his GED program and got his first job at McDonald and got driver license. Then he took some classes in Community college of Allegheny County in Transfer his college credits to University of Pittsburgh. Everything seems to go on the well for him and we were very happy for him.
>
> Suddenly one day federal agent stops by our house looking for him. far as I know he made some comment on YouTube according for FBI agent and they just want to talk to him about it. I talked to Khaled and he says everything is fine no worries. But as time goes He started complaining that people keep following him everywhere he goes and he got nervous and panic. Soon after that all of his symptoms start showing up slowly. Soon after he starting to acting weird and he was Going through a lot of

depression. FBI keep interrupting him keep pressuring him top of his school pressure. He started struggling to keep up with his school and blanching his Daily life. Finally one day I got the devastating news that my son was arrested by FBI and he is in jail.

I promise to help khaled in daily life as he progress to get better. I will take all the responsibility to work with khaled and take good care of him after he is release from jail. I express my deepest and most sincere apologies for the act that my son khaled caused to the federal agent. He is ready to learn a lesson from his mistakes and move forward with his life. I humbly ask the Judge W. Scott Hardy to show your mercy on him and consider the psychological struggles he has faced at such young age. Please forgive him and give him another chance, and allow him to return to our family soon.

Ones again with my most sincere and deepest appreciation for giving me the opportunity to share this with you.

Sincerely,
Noor Khanom

Noor Khanom

May 25th 2022


To

The Honorable Judge W. Scott Hardy

Western District of Pennsylvania


Your Honor,

My name is Limon Miah. I am Khaled's oldest brother. I am self-employed by profession. I have been close to Khaled our whole lives.

I understand that my dearest younger brother Khaled Miah has been found guilty of threatening FBI agents online. I was at the trial. After hearing this horrible news our entire family was in a state of shock.

Khaled has never been the type of person to do anything that would cause our family any significant disappointment. Earning the respect not just of my parents, but also of all of the four siblings including many people in our community as well. As Khaled's older brother, I closely watched him growing up in a positive lifestyle. He always loved helping others in need. Khaled always came forward to serve the community and attended countless volunteers' services. I could continue with description of Khaled's many other good qualities and work ethic. Khaled has never previously been involved with any drugs and certainly does not have any previous criminal record.

As early as I can recall, my family has struggled greatly after our father passed away in December of 2010. It was very devastating for us, we never really moved past it. It was even harder for my brother Khaled, he was so close to my dad and he was 17. He was right at the bedside when my father passed away. He was in a State of a shock, the whole family was. Khaled seemed to take the biggest hit from this Tragedy. Some of the doctors and the attending Nurse (Niamma Elharrak) told us to take good care of my young brother and they advised me to take him to a family behavioral therapist because Khaled was very confused at the time when the entire family was broken down and grieving. Khaled was the only one who stood silent holding my fathers hand and trying to wake him up. Since then he became a very different person.

Seeing him like this we were always very concerned for Khaled's mental health more specifically, even though I tried my best to support and fulfill my father's absence in his life. At one point I remember Khaled started talking to himself, laughing whether in closed room or in public. It became the normal, every day he would not come out from his room for days. He started missing out on all the family gatherings.  Khaled would lock himself for days in the dark room and would only come out when everyone went to sleep. I had called 911 a few times because he didn't respond to me or other family members when I knocked on his door for more than 2 days, sometimes 3 to 4 days. I remember him saying he did not want to live anymore and want to commit suicide.  Also he mentioned that he heard voices and saw things that were not there. Khaled talked to me  about his fear that someone was after him an coming to get him. He completely became an  isolated person. Khaled also mentioned that he saw no future or he had no hope in his life. People always looked down on him and mocked, bullied him everywhere from bus stop, in the  bus and in school too. It was very scary for me to observe my little brother going through such a terrible situation  . Especially going through all of those terrible things in school  as well as the death of my father.

He also dropped out of school after going through  that terrible situation, it was more than he could bear. So I tried to convince him to go see a psychiatrist. But it was very difficult to deal with him at this stage of his life. After multiple attempts we finally took him to upmc Western Psychiatric. Once he walked out of the waiting room and disappeared.  after many trys he finally decided to see the doctor. Then that didn't go well.

Finally things started to get better after we took him on vacation  back home to Bangladesh for nearly 4 months. When we came back Khaled started working on his driver license and started looking for a job. Finally he started to achieve and catch up with his life by getting a job at local McDonalds then later got his drivers license.  In one point in his life after going through so much  struggle he understood that without education he couldnt move up with his life by working in fast food chains. So Khaled started his GED program. After he achieved his GED he started community college and finished all the college credit he needed to go to University of Pittsburgh.

In 2018 Khaled moved out on his own on the University Pitt campus. Me and my family told him this would be a bad idea for him because of his past. I always had fear that he would get into the serious problems that he was in previously. As college life goes on without family watching his back. Khaled starting running in to difficult times and started to abuse alcohol.

Once he called our mom and asked her If she had any depression medication that she takes. Because he is going through a lot in his life. Immediately after the call with mom I called him and ask him is everything going ok with his life and offered him family is always here for him. Khaled refused the help and reply he will be fine and hung up. Few days later he called me

around 10 pm and ask me to come to rescue him from a gas station. I was very confused and scared at same time and asked him why, if everything was ok? Khaled said there was a car that had been flowing him very closely. He was on his way home to see mom and he was very scared. I rushed to the scene and found him inside the gas station. Also seen about three local police unit at the location one behind and two across the street with light off watching him closely. He was very scared to go back to his car. I told him there was nothing to be scared of if you didn't do anything wrong. I escort him to the car and started flowing him as soon as we left the gas station all of the police turned the lights on and ordered us to pull over. We did as the police instructed as. After talking to the police they told us that someone called 911 and informed that khaled vehicle was following a vehicle too closely and they just came to check the situation out. Which they could of done just by stopping at the gas station and simply ask him instead of waiting for him to pull out.

According to Khaled's statement one car started following him from the moment he left the campus he noticed. Every time he changed lanes the car behind him would do same and if he slowed down or blew the speed limit, the car behind him would do the same. In one point he got very close the car to see who is the person who had been following him. Then he starting to drive behind him to avoid any accident. Khaled was desperately looking for a lighted area. Then finally he pulled over to a gas station for his own safety. This continued to happen to him on a daily basis. From the mall to grocery shopping to gym even when he was driving for uber and lyft. He started to panic and started becoming isolated again. He started failing classes, started to abuse alcohol as his fear grew, anxiety and depression as a result. Then Covid19 started and made it even worse.

As everything continued with him, one day my mom called and said that 4 FBI agents showed up at our house and wanted to know about Khaled. I talked to them on the phone then later met them and had a conversation. After I heardthe FBI statement I told them what Khaled had been through in his life and that he did have history of mental issues and he definitely needed help. All FBI agent agreed and told me that they also think khaled really needed mental help. I apologized to all the FBI agent and told them to excuse him for any inconvenience that he caused, We exchange contact information and I moved on.

I tried to contact Khaled multiple times and got no response back. I tried to contact CAIR Pittsburgh to talk to them about the situation my brother had been going through. Few days past by and I received a call from Council on American Islamic Relations that my brother had been in touch with them and he was going through so much they explained. They were going to try their best to help him. As time passed, FBI agents started calling and texting me and harassing me. If I know any information about khaled or have I had been in touch with him. I practice my Fifth Amendment right as I was instructed by CAIR.

After a few weeks FBI agent raided khaleds apartment and seized all of his electronics as a result of his foolish twitter activity. Khaleds panic, Fear, anxiety and depression got worse as the situation escalated between him and the FBI agents. He called home and asked mom again if he can have some of her antidepressants medication. Mom refused to give him any and offered him help to go see a doctor. Khaled refused and said he will be fine. He started to abuse alcohol more and more as his mental state declined and started his foolish activity on twitter grew more day by day. Next thing I know he was arrested and in federal custody. I rushed to the FBI office in Pittsburgh to find out what have happened and came back with no answer at all.

Khaled does not deny any of his foolish words he published on twitter and his poor judgment he made during that time. I humbly ask the Honorable Judge W. Scott Hardy to show your mercy on him and consider the psychological struggles he has faced in all this time and please give him another chance, and allow him to return to our family soon. Khaled is a much better person now since he is taking his daily medication in jail for his mental issue. He also understand and can make much better judgment then he did in past. My self-including rest of my family and many members of our community will come forward to help khaled in daily life as he progresses to get better. I will take all the responsibility to work with khaled and take good care of him after he is released from jail.

With most sincere appreciation for giving me the opportunity to share this with you and taking your valuable time to read my letter.

Sincerely,

Limon Miah

*Limon Miah*

Miah_limon@yahoo.com

August 10th, 2022

To

The Honorable Judge W. Scott Hardy

Western District of Pennsylvania

You're Honor

I am writing regarding my youngest brother Khaled Miah,

My name is Suma Miah, sister of Khaled Miah who is youngest brother of four. I' am married living with my husband and my mother live with three brothers together. Currently I work at UPMC as medical assistant and phlebotomist. My dream to became a doctor and in future planning, preparing to continue studying in medical field. Living USA almost 20 years. Since my father passed away in 2010, everything has been changed in my family. He was the had of the member in our family and inspiring person. My entire family had to go thru extremely hard time mentally, emotionally, and finically. During this time Khaled Miah was too young to handle his emotion and overcome from that extreme bad difficult times. Me and my other three brother was able to overcome from that darkest painful situation. Khaled Miah behavior slowly changed since then. He stops sharing his emotion, his school needs any other issue he would face he would stop sharing with us and stayed quit and became very moody person. We did not realize that he was going thru major mentally depression at that time. He was hopeless after father passed away and he choose to live alone all time. Family thought with time he will heals and overcomes as with time passes everyone was overcome from past busy with their own life career but Khaled Miah behavior start to showing not normal and there is the time we have try to consults physics. After trying so many attempt he would not wanted to cooperate as he think he's completely fine. He used to tease me a lots and I used to respond him back with anger he would tease me more as he thinks teasing him is offensive to him. Point there is sign of mental depression he might going thru at that time which I haven't realized. He needed good guidance counseling while growing up since he started abnormal behavior but unfortunately family thought it is his part of childhood kidssh things he will be mature when he get older. We have no knowledgeable guidance after father death. Luck of counseling and better guidance which Khaled Miah really needed at that time he would not have become negative type of person what is today world is seeing him. I'm regarding every moment by thinking the time about where Khaled Miah journey began after losing father. I wish if could able to help him if I knew what he was going thru at that time. After all he is baby to me. I remember those moments, I used to feed him and put him sleep during the childhood time. I love him more than any other

brother its because he is youngest one and I have spent most of the time with him plying and watching cartoons together. I have no word to express my feeling how stressful time and painful moments we are going thru now since Khaled Miah is in jail. He is never violently type person the way world is imaging about him. I know my brother nature and culture. He would never be that type of person if my father was alive. His mental behavior bought him in that conditions that he didn't know what he is doing and putting himself in dangerous positions. I wish if I knew earlier I would not let him do crazy things. Instead of getting good moral thought and good behavior Khaled Miah influenced by internet world wrong way. Our enter family is embarrassed and apologizing for offending government employees and inappropriate languages comments he had used whatever deed Khaled Miah has done is unacceptable to Americans an public which I totally agree. A normal person never do that. He was not normal as he going mentally depression day by day living alone in one room even right before he got arrested he was apart from family and that makes him going thru more major depression he even told few time right before he got arrested he don't know what happening to him his was not able to sleep and his mood swings a lots, before family taking right action and able to reach him he was already arrested. Highlighted him as terrorist. My brother Khaled Miah need help need treatment to be a good normal person. He need family loves, support and counseling. My family is desperately waiting to meet my niece and nephew is always wondering where their uncle when he will be back and have complete family frame. My mother is already going thru deep pain and regarding what her son have done. Khaled Miah is improving since he is under treatment that's give us hope more counseling and family loves, support can improve him much more faster than being apart from us.

Dear all honorable judges, please forgive my brother Khaled Miah and give him last chance to proof to be a better person. Without him our family is incomplete. I have no one in this world expect my four brother and mother. Every festival we spent without him was painful. Since Khaled Miah is in jail everyone going thru pain each day and living with fear losing him. I'm requesting to all allow our family reunited please. I'm embarrassed and feeling sorry for entire government employees and public's for my brother Khaled Miah negative behavior. I'm beginning each individual person please give him chance to live his life normally. Please allow him to get proper treatments and reunion with family. Most powerful emotional peace is being with supportive family which Khaled Miah needs now. I'm requesting to all honorable judges please give us last chance to help Khaled Miah became good person.

Sincerely,
*Sumn K. Miah* (signature)
Sumn .K. Miah

August 15th, 2022

To

The Honorable Judge W. Scott Hardy

Western District of Pennsylvania

You're Honor,

I am writing regarding my son Khaled Miah, who will come before you for sentencing. As his mother I will like to thank you for taking the time to allow me to share this about my son that I love more than myself any anything in this earth.

My name is Noor Khanom. I am the mother of Khaled Miah. I understand that my dearest youngest son khaled Miah has been found guilty in jury trial. For threatening FBI agents online. After hearing this terrified news Our entire family broke down second time since his father passing.

I came to this country in 2003 seeking a better life and opportunity. Khaled is the youngest of 5 children in the family. Who was only age 10 at that time. It was very difficult for everyone when we move to United States. Life was Not easy Specially for khaled. He had to face bully starting from the bus to the every steps in school for most of his elementary education years. Top of going through frustration learning the culture and language.

While growing up Khaled was very self-motivated and energized and very bright kid. He has always lived a very positive lifestyle. He always loved helping other in need and giving good advice to others. khaled has never been the type of person to do any harm to anyone or act such a way that causes anyone any discomfort. Khaled always come forward to serve community and attended countless volunteer's services. His dream was to become a good lawyer since he was a kid and help people in need. Khaled has never previously been involved with any Violent or using any Illegal drugs. He does not have any previous criminal history.

In 2008 my dearest husband diagnosed with lung cancer and in 2010 my dearest husband and father to my 5 children passed away In Such a young age of 53. When khaled was only

on 8th great at that time. This loss brought so much pain darkness and high level of depression to my family. Which I can't describe with any word. Khaled was the most affected among all of my 5 children. He became depressed to the point where he almost died. Questioning me every day why God took his father in such early age. How are we going to survive who is going to support him. khaled always used to ask me all that question. Losing the backbone and biggest support to our family broke Khaled in a way that he could not bear.

> Most of the Symptoms appearing shortly after his father death. He lost so much weight, stop taking shower or eat and grew his unnecessary hair long. He could not bring himself to go to school and Missing out on family gathering including daily dinner And lunch. He became more anti-social day by day. Started talking to himself behind the door in a dark room. I thought I was going to lose my son. After talking to him. He always used to say he don't see any further or can't dream of one anymore. Where He was always a self motivated person during his worst time before this Tragedy took place in his life. My self including my oldest son try to take Khaled to a doctor to see what is going on with him. After First visit to our PCP. he Referred us to take Khaled to a psychologist at Weston psych and Family behavioral therapist. After many try somehow we managed to take him to Psychologist but he refused to talk to them and also Refused any treatment.

> Everything was getting worse day by day he was always confused doesn't see any vision for his future. We decide to take him back home in Bangladesh for a family vacation for about four months. After spending some good time with the family and friends he seems to get better and got more socialize. Right after we came back from Bangladesh September of 2014. Khaled started his GED program and got his first job at McDonald and got driver license. Then he took some classes in Community college of Allegheny County in Transfer his college credits to University of Pittsburgh. Everything seems to go on the well for him and we were very happy for him.

> Suddenly one day federal agent stops by our house looking for him. far as I know he made some comment on YouTube according for FBI agent and they just want to talk to him about it. I talked to Khaled and he says everything is fine no worries. But as time goes He started complaining that people keep following him everywhere he goes and he got nervous and panic. Soon after that all of his symptoms start showing up slowly. Soon after he starting to acting weird and he was Going through a lot of

depression. FBI keep interrupting him keep pressuring him top of his school pressure. He started struggling to keep up with his school and blanching his Daily life. Finally one day I got the devastating news that my son was arrested by FBI and he is in jail.

I promise to help khaled in daily life as he progress to get better. I will take all the responsibility to work with khaled and take good care of him after he is release from jail. I express my deepest and most sincere apologies for the act that my son khaled caused to the federal agent. He is ready to learn a lesson from his mistakes and move forward with his life. I humbly ask the Judge W. Scott Hardy to show your mercy on him and consider the psychological struggles he has faced at such young age. Please forgive him and give him another chance, and allow him to return to our family soon.

Ones again with my most sincere and deepest appreciation for giving me the opportunity to share this with you.

Sincerely,
*Noor Khanom*
Noor Khanom

09/20/2020

To the Honorable Judge W. Scott hardy

Western District of Pennsylvania

Your Honor,

This letter is a character reference for Khaled Miah.

My name is Soud Miah, I'm his 3rd oldest brother. I'm an automotive technician, graduated from Rosedale Technical Collage in 2014 and worked at many dealerships and independent shops.

I've known khaled my entire life, I was the closest to him among all the brothers. Him and I always hung out and played togather when we were kids. He got along with everyone and was always playful and helpful. When we moved to the USA, It was a complete culture shock and not speaking any english didn't help. We both went to the same school since we were only two grades apart. Being different in a predominantly Caucasian schools we got bullied a lot and got called many names mostly through out middle and high school. It was tough to be somewhere where you felt like you're not welcomed and that changes the mindset of a person after some time. Among all the bullying, we did have many good friends that helped us though the journey. Khaled always tried to excell in whatever he was doing, he always put 100% effort, always helped people. After our father passed it was a diffcult time for everyone in the family but Khaled took it the worst. He became distant from everyone and just stayed in his room all the time and didn't get out much. His performance at school started to suffer because of it and he just kept it to himself. After some time he finally started to realize he needed to do something with his life and got his GED and went to collage.

I understand Khaled has been found guilty of threatening FBI agents on Twitter. Khaled moved out the house to pursue a career and woked very hard to support himself and excell in his stuides. As one can understand the stress of school and work which can be very tough on a person. I believe stress, depression and anxiety can make someone act unreasonably at times. Khaled was never a viloent person, He was always heplful and friendly.

I truely believe Khaled's intenions was not to hurt or threaten the FBI agents or anyone in general. He likes to troll people at times and I think the FBI agents were just feeding his bad habbit. I never undetstood why someone would ever mess with people who can put you away. Khaled always believed in the Constitution and the freedom of expression and free speach. I believe when he was using Twitter in his mind he was protected by the Constitution but didn't realize he was incriminating himself. Khaled always dreamed of being successful and proving to everyone that doubted him.

I believe that Khaled has suffered grealty for his actions already. He lost his dream and got

1

stripped of everything he worked very hard for. We all make mistakes in life and I understand we have to face the consequences of our actions and he has been in prison for year and a half. My mother has been worried sick about him, she can't sleep at night knowing that her yooungest son is suffering. I can see her mental health is suffering as well. We all are worried about him and pray that he gets out and live his life to the fullest, Everyone deserves a secound chance in life, If we can't forgive as humans than how can we expect God to forgive us for our mistakes.

Khaled has a bright future ahead of him, He lost his ways and made a mistake, Please have mercy on him and consider the his loved ones that are suffering with him and give him the lowest possible sentence.

Sincerely,

Soud Miah