IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case #: 2:21-cr-00110-WSH-1 |
| ) | |
| KHALED MIAH ) | JUDGE W. SCOTT HARDY |
| ) | |

## STATUS UPDATE TO DEFENSE COUNSEL'S MOTION TO HOLD GOVERNMENT'S MOTION IN ABEYANCE

Per this Court's direction, Defendant Miah's trial defense counsel provides this update with respect to counsel's request to hold Mr. Miah's pro se petition currently pending before this Court in abeyance.

On May 26, 2025 counsel spoke with Mr. Miah by telephone. During the call, counsel learned that Mr. Miah had been released from custody on or about May 22, 2025, presumably having been belatedly granted the additional good time credits he was seeking pursuant to the First Step Act in the petition. Counsel HAS sought clarification from the United States Attorney Office for the Northern District of Ohio.

Given the above, on counsel's advice, Mr. Miah orally agreed to dismiss his pro se petition in this Court. Because counsel is not geographically located in Pittsburgh, counsel has not yet been able to obtain a signed agreement from Mr. Miah withdrawing the petition but will do so at the earliest opportunity.

Dated: May 30, 2025                                                                                  Respectfully submitted,

/s/ Charles Swift
Charles D. Swift

(Texas Atty. Reg. No. 24091964)
cswift@clcma.org
**Muslim Legal Fund of America**
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Tel: (972) 914-2507


*Attorney for Khaled Miah*
