PROB 12B (02/17)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

### Petition for Modifying the Conditions or Term of Supervision
### with Consent of the Person Under Supervision
### (Probation Form 49, Waiver of Hearing is Attached)

Person Under Supervision:  Khaled Miah                    Case Number: 2:21CR00110-1

Name of Sentencing Judicial Officer: The Honorable W. Scott Hardy
United States District Judge

Date of Original Sentence: October 18, 2022

Original Offense:

Counts 1-5: Interstate Threats, 18 U.S.C. 875(c)

Count 6: Influencing and/or Retaliating Against a Federal Officer by Threat, 18 115(a)(1)(B) and 115(b)(4)

Count 8: Destruction, Alteration or Falsification of Records in Federal Investigation, 18 U.S.C. 1519

Original Sentence: 72 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: May 22, 2025
Expiration Date: May 21, 2028

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Special Condition**: *"You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program."*

## Justification

There was an unmonitored device in the residence, and he has not yet obtained employment.

## CAUSE

PROB 12B (02/17)
Khaled Miah
2:21CR00110-1

## Violation Number One

**Standard Condition #7**: *"You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change"*.

## Nature of Noncompliance

On May 22, 2025, Miah began this term of supervised release. Since that time, Miah has failed to obtain employment as ordered.

## Violation Number Two

**Special Condition #8**: *"The defendant is permitted to possess or use a computer and is allowed access to the Internet. The defendant shall consent to the installation of any hardware or software to monitor any computer, or other electronic communication or data storage devices used by the defendant to confirm compliance with this condition. Based on his ability to pay, the defendant shall pay the monitoring costs as directed by the probation or pretrial services officer. Furthermore, the defendant shall consent to periodic unannounced examinations by the probation or pretrial services officer of any computers, cell phones, or other electronic communication or data storage devices that the defendant has access to, to confirm compliance with this condition. Additionally, the defendant shall consent to the seizure and removal of hardware and data storage media for further analysis by the probation or pretrial services officer, based upon reasonable suspicion of a violation of the conditions imposed in this case, or based upon reasonable suspicion of unlawful conduct by the defendant. Failure to submit to the monitoring or search of computers and other electronic communication or data storage devices used by the defendant may be grounds for revocation"*.

## Violation Number Three

**Special Condition #10**: *"The defendant shall provide the U.S. Probation Office with accurate information about the defendant's entire computer system (hardware or software) and other electronic communication or data storage devices or media to include all passwords used and the name of the Internet Service Provider(s). The defendant also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court"*.

## Nature of Noncompliance

On June 24, 2025, Miah installed computer monitoring software on his approved cell phone as ordered. On March 19, 2026, the undersigned probation officer conducted a home inspection at Miah's residence and discovered an unmonitored laptop computer, on a desk, in a basement office. Miah advised that the

PROB 12B (02/17)
Khaled Miah
2:21CR00110-1

laptop belonged to his brother, but admitted that he occasionally used the laptop, while being supervised by his mother.

**U.S. Probation Officer Action:**

On March 19, 2026, Miah agreed to cease using the unmonitored laptop and stated that his brother took possession of the device. On April 1, 2026, Miah reported to the office, as directed, and his non-compliance was discussed further. Miah's conditions were reviewed, and he was educated on the risk of continued non-compliance. A plan was developed to address Miah's unemployment, and he agreed to getting involved in a local employment assistance program. Miah discussed some of the barriers he has faced, after being released from prison and attempting to establish himself in the community. The probation office is aware of Miah's goals and will continue to provide any available resources to assist Miah with overcoming these barriers in the community.

Miah's unmonitored device, from March 19, 2026, was also discussed. Miah informed that he was not using the laptop without supervision from his mother but understood that it was difficult for the probation office to confirm this, due to his mother's limited ability to communicate in English. It was also discussed that it would be difficult for Miah to afford to pay for computer monitoring on a second device. It was determined that, due to the present barriers, the best course of action would be to add the polygraph condition, to allow Miah to ensure his compliance with the above conditions. Miah has been reporting and communicating well since the start of his supervised release, and he stated that he remains committed to following his conditions in the future.

Miah agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release. The Waiver of Hearing and an Order on Petition to Modify Conditions or Term of Supervision are attached for the Court's consideration. Should the Court prefer a different course of action, please contact the undersigned officer.

Respectfully submitted,

by _____
Joseph Warix
Special Offender Specialist

Joseph Warix
2026.04.08
10:18:25 -04'00'

Approved,

by _____
David Danko
Supervisory U.S. Probation Officer

David J Danko
2026.04.08
10:11:11 -04'00'

3

PROB 12B (02/17)
Khaled Miah
2:21CR00110-1

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☑ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

APRIL 8, 2026
_____
Date

4

PROB 49 (02/17)

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extended Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.**

Witness: _Joseph Warix 2026.04.08 09:46:39 -04'00'_          Signed: _Khaled Miah_

Joseph Warix                                                    Khaled Miah
Special Offender Specialist                                     Probationer or Supervised Releasee

_04/03/2026_
Date